# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| TERRY LEE HINDS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 4:17-CV-750 JAR |
| | ) |
| UNITED STATES GOVERNMENT, | ) |
| | ) |
| Defendant. | ) |

## MEMORANDUM AND ORDER

This matter is before the Court on Plaintiff's pro se Motion for Extension of Time to File a Response to the Court's Memorandum and Order dated 23rd day of February, 2017 (Doc. No. 12). On February 23, 2017, after a review of the Original Verified Complaint for Declaratory Judgment, Injunctive and Other Appropriate Relief in This Petition for Quintessential Rights of the First Amendment ("Complaint") (Doc. No. 1), the Court found the Complaint violates Rule 8(a) and (e) of the Federal Rules of Civil Procedure and ordered Plaintiff to file an amended complaint in conformity with the requirements of Rule 8 no later than March 20, 2017 (Doc. No. 8). It appears that Plaintiff is now seeking reconsideration of the Court's Order; however, upon further review of his 547-page Complaint, with 4,451 paragraphs, the Court finds it clearly does not comply with Rule 8, which requires a "short and plain statement of the claim(s)" and that "[e]ach averment of a pleading shall be simple, concise, and direct." Thus, no motion for reconsideration will be considered. The Court will grant Plaintiff's request for extension of time, up to and including May 19, 2017, to file an amended complaint. Plaintiff is cautioned that failure to do so may result in dismissal of this action.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff shall file an amended complaint in conformity with the requirements of Rule 8 no later than **Friday, May 19, 2017**. Failure to do so may result in dismissal of this action.

*/s/ John A. Ross*
**JOHN A. ROSS**
**UNITED STATES DISTRICT JUDGE**

Dated this 10th day of March, 2017.