UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| TERRY LEE HINDS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:17-CV-750 AGF |
| ) | |
| UNITED STATES GOVERNMENT, ) | |
| ) | |
| Defendant, ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on Plaintiff's motion for extension of time (ECF No. 35). On February 23, 2017, the Court[1] ordered Plaintiff to file an amended complaint that complies with Rule 8 of the Federal Rules of Civil Procedure. Since then, Plaintiff has filed seventeen motions or other documents, none of which appear to have any basis in law or fact.

On March 10, 2017, the Court granted his motion for extension of time to file the amended complaint, providing Plaintiff more than two months to file his amended complaint. As such the Court believes that Plaintiff has had ample time to comply with this requirement, especially in light of the numerous other filings by Plaintiff. Plaintiff needs to focus on presenting his factual allegations to the Court in a manner that complies with the Rules, rather than filing frivolous notices and motions. Nevertheless, the Court will grant a limited additional period of time to Plaintiff to file an amended complaint.

---

[1] The case, at the time, was assigned to another judge of this Court, and has since been transferred to the undersigned.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's motion for extension of time [ECF No. 35] is **GRANTED in part**.

**IT IS FURTHER ORDERED** that Plaintiff must file his amended complaint that complies with Rule 8 of the Federal Rules of Civil Procedure by **June 15, 2017**.

**IT IS FURTHER ORDERED** that all of Plaintiff's pending motions are **DENIED** as frivolous, and Plaintiff is advised that the Court will not entertain any similar motions filed by Plaintiff at this time.

Dated this 12th day of May, 2017.

_____
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE