UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| TERRY LEE HINDS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 4:17-CV-750 AGF |
| | ) |
| UNITED STATES GOVERNMENT, | ) |
| | ) |
| Defendant. | ) |

**MEMORANDUM AND ORDER**

Before the Court are certain documents received by the Court for filing by plaintiff Terry Lee Hinds as of May 23, 2017.

On May 23, 2017, the Court received a one-inch-thick stack of documents entitled, "First Notice and Demand for Mandatory Judicial Notice in Support of Plaintiff's Free Exercise Right to Make a Complaint/Petition Judicial Notice #1." In addition, on this same date, plaintiff has submitted another one-inch-thick stack of documents entitled, "Plaintiff's First Notice to Present the Merits of His Action And/Or, In the Alternative, to Make A Conscientious Effort to Comply with the Court's Initial Review Order."

Although the first set of documents submitted by plaintiff contained the word "complaint" in the heading, the documents presented to the Court were, in actuality, nothing more than, "exhibits" gathered from filings in other courts around the nation and presented to this Court as a "package" of purported "evidence" in support of plaintiff's assertions. In other words, none of the documents submitted by plaintiff contained plaintiff's own writings.

As plaintiff was told in the Court's May 12, 2017 Memorandum and Order, this Court will no longer accept any additional frivolous "notices" and "exhibits" from plaintiff that are

devoid of factual allegations. Therefore, plaintiff's "exhibits" contained in his "First Notice and Demand for Mandatory Judicial Notice in Support of Plaintiff's Free Exercise Right to Make a Complaint/Petition Judicial Notice #1" were returned to him on May 23, 2017.

In lights of plaintiff's failure to comply with the Court's prior Memorandum and Order, the Clerk of Court will once again be instructed, by Order of this Court, to continue to return to plaintiff any additional "exhibits" or "notices" filed by plaintiff not presented in support of an amended complaint or non-frivolous motion in this matter.

The Court has also reviewed "Plaintiff's First Notice to Present the Merits of His Action And/Or, in the Alternative to Make A Conscientious Effort to Comply with the Court's Initial Review Order," as well as the documents attached as an exhibit to plaintiff's Notice. The Court interprets this Notice as a motion for reconsideration of the Court's May 12, 2017 Memorandum and Order requiring plaintiff to file an amended complaint in this action. In his Notice, plaintiff argues that he believes his original, verified complaint is not "groundless or meritless."

This Court has already found that plaintiff's original complaint failed to comply with Rule 8 of the Federal Rules of Civil Procedure. The Court then Ordered, on February 23, 2017, for plaintiff to file an amended complaint in this action. Plaintiff has on several occasions been granted an extension of time to file an amended complaint in compliance with this Court's Orders, but he has failed to do so, instead having filed more than seventeen other motions or documents in this matter that appear to have any basis in law or fact.

If plaintiff wishes to proceed in this action, he must file an amended complaint in this action that comports with this Court's prior Orders and complies with Federal Rules of Procedure 8 and 10. His motion for reconsideration of the Court's prior Orders requiring him to file an amended complaint will be denied. Further, the exhibits attached to "Plaintiff's First

Notice to Present the Merits of His Action And/Or, in the Alternative to Make A Conscientious Effort to Comply with the Court's Initial Review Order" will not be scanned into the Court's electronic filing system due to the frivolous nature of the exhibits and the excessive page length. The Clerk will be instructed to maintain the exhibits in paper format.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff must file an amended complaint in compliance with Federal Rules of Procedure 8 and 10 **no later than June 15, 2017.**

**IT IS FURTHER ORDERED** that "Plaintiff's First Notice to Present the Merits of His Action And/Or, in the Alternative to Make A Conscientious Effort to Comply with the Court's Initial Review Order," interpreted as a motion for reconsideration of the Court's Order requiring plaintiff to file an amended complaint, is **DENIED**.

**IT IS FURTHER ORDERED** that the Clerk shall maintain, in paper format only, the exhibits attached to "Plaintiff's First Notice to Present the Merits of His Action And/Or, in the Alternative to Make A Conscientious Effort to Comply with the Court's Initial Review Order."

**IT IS FURTHER ORDERED** that the Clerk of Court will be instructed, by Order of this Court, to continue to return to plaintiff any additional "exhibits" or "notices" filed by plaintiff that are not presented in support of an amended complaint or non-frivolous motion in this matter.

Dated this 26th day of May, 2017.

_____
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE